FILED

BY ORDER
OF THE COURT

2007 AUG -2  A 8:19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07 00504 JW |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF THE COURT SEALING** |
| RICARDO SAEZ and ROLANDO BARRIENTOS, | ) **INDICTMENT AND ARREST WARRANT** |
| Defendants. | ) |

Based on the motion of the Government, the further investigation contemplated by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the need to ensure the safety of law enforcement agents, and the fact that the defendants are out of custody and unaware of the pending indictment and arrest warrant, it is hereby ordered that the indictment and arrest warrant in the

//

**SEALING ORDER**



1 | above-entitled case be sealed until further order of the court.

3 | **IT IS SO ORDERED.**

5 | DATED: __8-1-07__

HOWARD R. LLOYD  RICHARD SEEBORG
United States Magistrate Judge
Northern District of California

SEALING ORDER                              2