SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5053
    Fax: (408) 535-5066
    Email: thomas.m.oconnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RICARDO SAEZ and<br>ROLANDO BARRIENTOS,<br><br>                Defendants. | NO. CR 07-00504 JW |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RICARDO SAEZ and<br>STEVEN MORENO,<br><br>                Defendants. | NO. CR 07-00507 JF |

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA,           ) | NO. CR 07-00523 JW |
| 2 |                      Plaintiff,   ) | |
| 3 |           v.                                ) | |
| 4 | RICARDO SAEZ and                          ) | |
| 5 | DANIEL ROBLEDO,                          )                      Defendants. ) | |
| 6 | UNITED STATES OF AMERICA,           ) | NO. CR 07-00524 RMW |
| 7 |                      Plaintiff,   ) | |
| 8 |           v.                                ) | |
| 9 | RICARDO SAEZ and                          ) | |
| 10 | CEFFERINO ORTIZ, JR.,                     ) | |
| 11 |    a/k/a "CEFE"                          )                      Defendants. ) | |
| 12 | UNITED STATES OF AMERICA,           ) | NO. CR 07-00525 JF |
| 13 |                      Plaintiff,   ) | |
| 14 |           v.                                ) | |
| 15 | RICARDO SAEZ and                          ) | |
| 16 | SAUL MAXIAS NIETO,                      )                      Defendants. ) | |
| 17 | UNITED STATES OF AMERICA,           ) | NO. CR 07-00526 JW |
| 18 |                      Plaintiff,   ) | |
| 19 |           v.                                ) | |
| 20 | SAUL MAXIAS NIETO,                      ) | **NOTICE OF RELATED CASES** |
| 21 |                      Defendant.  ) | **IN A CRIMINAL ACTION** |

23        The United States hereby files this notice of related cases pursuant to Criminal Local

24  Rule 8-1, as believes that the cases above-captioned are related within the meaning of the rule.

25  The first case, charging defendant RICARDO SAEZ and ROLANDO BARRIENTOS (CR-07-

26  00504) was indicted on August 1, 2007 and, is pending before the Honorable James Ware. The

27  remaining captioned cases were indicted on either August 1 or August 8, 2006, and are pending

28  before Judges Ware, Fogel, and Whyte. Each case includes RICARDO SAEZ as a charged

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**    2

defendant in a drug conspiracy, except the final mater, U.S v. SAUL MAXIAS NIETO, in which

NIETO is charged alone. However, Nieto is a codefendant with Saez in another case. There is a

chance that if the cases do not resolve expeditiously via plea, a superseding indictment may be

filed charging one conspiracy with Ricardo Saez at its hub. The first matter assigned a case

number by the clerk (U.S. v. RICARDO SAEZ and ROLANDO BARRIENTOS (CR-07-00504))

is pending before Judge Ware and therefore, technically, the "earliest" filed matter. Thus, the

rule suggests that all of the cases against RICARDO SAEZ should be assigned to one judge,

presumably Judge Ware, to include the lone case against SAUL NIETO, who is a codefendant

with SAEZ in another, related matter.

    For the above reasons, while the government believes that assignment of the above-captioned cases to a single District Judge would be likely to conserve judicial resources and to promote an efficient determination of the action, it is unclear whether assignment, pursuant to Local Rule 8.1, to the technically "earlier" assigned District Judge, Judge Ware, would necessarily be most efficient, and leaves that determination to the Court.

DATED: September 5, 2007

                              Respectfully submitted,

                              SCOTT N. SCHOOLS  
                              United States Attorney

                              _____/S/_____  
                              THOMAS M O'CONNELL  
                              Assistant United States Attorney

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**   3