**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*

CRIMINAL MINUTES

**Judge: James Ware**              **Courtroom Deputy: Elizabeth Garcia**
**Date:  10/22/2007**              **Court Reporter: Irene Rodriguez**
**Case No: CR-07-0504 JW**         **U.S. Probation Officer: N/A**
                                   **Interpreter:  N/A**

TITLE

**U.S.A. v. Ricardo Saez ( C) (1) and Rolando Barrientos ( C) (2)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s):**
**Mary Conn - Ricardo Saez**
**Joseph Wall for Bruce Funk - Rolando Barrientos**

PROCEEDINGS

**Further Status Hearing**

ORDER AFTER HEARING

**Hearing Held as to both defendants.**

**As to Defendant Saez:   The Court continued this matter to 12/3/2007 at 1:30 PM for Further Status Hearing.  Time is excluded from 10/22/2007 to 12/3/2007 for defense counsel to investigate the current discovery.**

**As to Defendant Barrientos: The Court continued this matter to 11/5/2007 at 1:30 PM for Further Status Hearing.  Time is excluded from 10/22/2007 to 11/5/2007 for continuity of counsel and to accommodate defense counsel's investigation of current discovery.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: