**Filed**

**JAN 0 9 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO SAEZ, ) <br> ) <br> Defendant. ) | NO. CR-07-00504-JW  CR-07-00507-JW <br> CR-07-00523-JW  CR-07-00524-JW <br> CR-07-00525-JW <br> <br> MOTION <br> TO RELIEVE COUNSEL |

TO: THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

I AM THE DEFENDANT IN THE ABOVE ENTITLED ACTION AND HEREBY REQUEST AN IN-CAMERA HEARING TO BE HELD OUTSIDE THE PRESENCE OF OPPOSING COUNSEL. AT SUCH SUCH HEARING, THE DEFENDANT, RICARDO SAEZ, WILL REQUEST THAT THE COURT RELIEVE APPOINTED COUNSEL AND APPOINT SUBSTITUTE COUNSEL.

THIS MOTION WILL BE MADE IN-CAMERA ON THE GROUNDS THAT IF THE SHOWING NECESSARY TO JUSTIFY THE RELIEF OF COUNSEL IS MADE IN OPEN COURT, IT WOULD REQUIRE THE DEFENDANT, TO WAIVE THE RIGHT AGAINST SELF-INCRIMINATION GUARANTEED BY THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATE CONSTITUTION.

THE MOTION IS BASED ON THIS MOTION, ON ALL PAPERS AND RECORDS ON FILE IN THIS ACTION, AND ON SUCH ORAL AND DOCUMENTARY EVIDENCE AS MAY BE PRESENTED AT THE HEARING ON THIS MOTION.

---

Motion to Relieve Counsel          1          CR-07-00504-JW,CR-07-00507-JW,CR-07-00523-JW,
CR-07-00524-JW, CR-07-00525-JW.

```
1 | DATED: 1-7-08
2 |
3 |
4 | _____Ricardo Saez_____
  | RICARDO SAEZ
5 | DEFENDANT
```

Ricardo Saez
885 N. San Pedro St. 2E-245
San Jose, Ca. 95110

CONFIDENTIAL

The Honorable Clerk
United States District Court
Northern District of California
San Jose Division
280 So. First St.
San Jose, Ca. 95113



