**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00504 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CHANGING HEARING TIME |
| SAEZ, et al | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion Hearing re Representation as to BOTH Defendants before Judge James Ware previously noticed for January 17, 2008 at 1:30 PM has been reset to January 17, 2008 **at 3:00 PM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: January 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy