UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 1/17/2008
**Case No:** CR-07-0504 JW
**Related Case No.:** CR 07-0507 JW
CR 07-0523 JW
CR 07-0524 JW
CR 07-0525 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

USA v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Mary Conn for Ricardo Saez

## PROCEEDINGS

Defendant's Motion to Relieve Counsel

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. For the reasons stated on the record the Court granted the Defendant's Motion to Relieve Counsel. Attorney Mary Conn is relieved as counsel of record. The Court referred the matter to the Federal Public Defender's Office for nomination of appointment for new counsel. The Court set an Identification of Counsel Hearing before Magistrate Judge Patricia V. Trumbull on January 24, 2008 at 9:30 AM. The Court set a further Status Hearing re Representation for February 11, 2008 at 1:30 PM. Time is excluded from January 17, 2008 through February 11, 2008.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: C. Lew, FPD