UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/11/2008
**Case No.:** CR- 07-0504  JW
**Related Case No.:**
    CR 07-0507 JW USA v. Saez
    CR 07-0523 JW USA v. Saez
    CR 07-0524 JW USA v. Saez
    CR 07-0525 JW USA v. Saez

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon for Ricardo Saez

## PROCEEDINGS

Status Hearing for Defendant Saez in CR-07-0504 JW and all related cases.

## ORDER AFTER HEARING

Hearing Held.  Defendant Saez present and in custody for proceedings.  The Court continued this matter to April 21, 2008 at 1:30 PM for Setting/Disposition.  Time is excluded from March 17, 2008 through April 21, 2008 for efforts to globally resolve this matter short of trial.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: