UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** July 7, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-07-0524 JW | **U.S. Probation Officer:** Lori Timmons |
| **Related Case No.:** CR-07-0504 JW | **Interpreter:** N/A |
| CR-07-0507 JW | |
| CR-07-0523 JW | |
| CR-07-0525 JW | |

### TITLE

U.S.A. v. Ricardo Saez (1) ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon

### PROCEEDINGS

**Status Hearing re:**
1. Judgment and Sentencing as to Count 2 in CR-07-0524 JW
2. Government to Dismiss Counts 1, 3, 4 of CR 07-0524 JW and Indictments in all RELATED Cases

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court continued this for Judgment and Sentencing on August 25, 2008 at 1:30 PM to accommodate Defense counsel's request to prepare a sentencing memorandum and for further advisement of Presentence Report to Defendant.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: