UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** August 25, 2008
**Case No.:** CR- 07-00524  JW
**Related Case No.:**  CR-07-0504 JW
           CR-07-0507 JW
           CR-07-0523 JW
           CR-07-0525 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** Benjamin Flores for Lori Timmons
**Interpreter:**   N/A

## TITLE

U.S.A. v. Ricardo Saez (C) (1)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

1. Judgment and Sentencing as to Count 2 of the Indictment in CR 07-0524 JW
2. Government's Motion to Dismiss Counts 1, 3, 4 in CR 07-0524 JW and Indictments in all RELATED CASES

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court committed the Defendant to 120 months BOP custody as to Count Two (2) of the Indictment in CR 07-0524 JW, FIVE (5) years supervised release under the standard and Court adopted NINE (9) special conditions of supervised release, $100 special assessment. The Government moved to dismiss counts 1, 3, 4 in CR 07-0524 JW and Indictments in related cases: CR 07-0504 JW, CR 07-0507 JW, CR 07-0523 JW and CR 07-525 JW. The Court GRANTED the Motion. The Defendant made an oral request as to custody credit determination and housing placement in California. The Court deferred credit calculation for the BOP as well as housing determination to be made by the BOP. The Defendant was remanded to the custody of the USM at the conclusion of the proceedings.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: